# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **RYAN ANTHONY BROCATO,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 7:24-cv-00489-RDP-JHE |
| **COMMISSIONER HAMM,** | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation recommending that (1) the court dismiss Plaintiff Ryan Brocato's RLUIPA claim as moot; (2) grant summary judgment in favor of Defendant Commissioner Hamm on Plaintiff's First Amendment claim; and (3) deny Plaintiff's cross-motion for summary judgment. (Doc. 37). The Magistrate Judge advised the parties of their right to file specific written objections within fourteen days. (*Id.*, at 11-12). That time has expired, but the court has not received any objections.

Having reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** the Recommendation. Consistent with that recommendation, the court finds that Plaintiff's RLUIPA claim is due to be dismissed as moot, that Commissioner Hamm's motion for summary judgment is due to be granted on Plaintiff's First Amendment claim, and that Plaintiff's cross-motion for summary judgment is due to be denied.

The court will enter a separate final judgment.

**DONE** and **ORDERED** this February 6, 2026.

_____
**R. DAVID PROCTOR**
SENIOR U.S. DISTRICT JUDGE